**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | § |
| VS. | §   CRIMINAL  NO. H-09-146 |
| | § |
| | § |
| JOHAN DARIO REYES-HOBBS | § |

**O R D E R**

The defendant's Unopposed Motion for Resentencing *in Absentia* to a Time-Served Sentence is granted.  Pursuant to his request and his valid waiver of his rights to presentence and allocution, defendant Johan Dario Reyes-Hobbs is hereby resentenced, *in absentia*, to time served in the custody of the Bureau of Prisons.  All other noncustodial aspects of the previous sentence are hereby reinstated.  An amended judgment and commitment order reflecting this resentencing will be prepared.

It is further ordered that the United States Marshals must promptly fax a copy of this resentencing order to the Federal Bureau of Prisons facility at Butner, North Carolina, where Mr. Reyes-Hobbs is housed, as well as such other Federal Bureau of Prisons office that has responsibility for the correctional institution.

SIGNED on August 27, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge